**\*\* E-filed November 1, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IDA FRANCO AVELAR, | No. C10-02857 HRL |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE AND VACATING SHOW CAUSE HEARING RE: SETTLEMENT** |
| v. | |
| THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; ERICA LYNN BRACHFELD, individually and in her official capacity; and LVNV FUNDING, LLC, a Delaware limited liability company, | **[Re: Docket No. 18]** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff filed a notice voluntarily dismissing with prejudice all claims by her against Defendants. (Docket No. 18.) Because Defendants answered Plaintiff's complaint (Docket Nos. 6-8), this action may be voluntarily dismissed by Plaintiff only by court order. FED. R. CIV. P. 41(a)(1)(A)(i) & (2). Accordingly, this Court hereby DISMISSES the above-captioned action with prejudice and VACATES the show cause hearing set for November 9, 2010.

**IT IS SO ORDERED.**

Dated: November 1, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-02857 HRL Notice will be electronically mailed to:**

Erica Lynn Brachfeld    ebrachfeld@brachfeldscollections.com
Fred W. Schwinn    fred.schwinn@sjconsumerlaw.com,
cand_cmecf@sjconsumerlaw.com, fschwinn@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**